UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARL L. BELL,

    Petitioner,

v.                                                        CASE NO. 6:06-cv-092-Orl-31JGG

JAMES V. CROSBY, JR., et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following matters:

1.  The February 27, 2006, Order (Doc. No. 6) dismissing this case is **VACATED**. The Clerk of the Court is directed to reopen the case.

2.  Petitioner filed a handwritten application for habeas corpus relief pursuant to 28 U.S.C. § 2254. Rule 2(c) of <u>The Rules Governing Section 2254 Cases in United States Courts</u> requires that the form of the habeas corpus petition be substantially in the form approved by the Judicial Conference of the United States. Although the instrument filed by Petitioner is neatly written and otherwise legible, the Court finds that the standard pre-printed form is more useful in helping the Court to evaluate habeas claims.

Accordingly, not later than **ELEVEN (11) DAYS** from the date of this Order, Petitioner shall refile his habeas corpus petition on the habeas corpus form provided as an attachment to this Order by the Clerk. Petitioner shall also provide the Clerk with one (1) additional copy of the revised petition for each named Respondent. **This case will be dismissed without further notice if Petitioner fails to file the amended petition within this time period.**

**DONE AND ORDERED** at Orlando, Florida, this 5th day of April, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/5
Earl L. Bell